UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CHARLIE BELL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:22-CV-56-KAC-CHS |
| | ) | |
| HIGH TECH TRANSMISSION AND | ) | |
| AUTO CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION

Before the Court is the "Report and Recommendation" ("Report") that United States Magistrate Judge Christopher H. Steger entered on July 5, 2022 [Doc. 9]. On March 11, 2022, Plaintiff Charlie Bell, Sr. filed a pro se Complaint [Doc. 2] and "Application to Proceed In Forma Pauperis" [Doc. 1]. In his Complaint, Plaintiff alleges that Defendants injured him by accepting payment to repair his truck and failing to make the repairs. [*See* Doc. 2 at 2]. Judge Steger reviewed Plaintiff's Complaint as is required under 28 U.S.C. § 1915(e)(2) and issued the Report, recommending that the Court dismiss this action for lack of subject matter jurisdiction and deny Plaintiff's "Application to Proceed In Forma Pauperis" [Doc. 1] as moot [*See* Doc. 9 at 3]. Plaintiff did not object to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** Judge Steger's Report [Doc. 9] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Court **DISMISSES** this action without prejudice for lack of subject matter jurisdiction. The Court also

**DENIES** Plaintiff's "Application to Proceed In Forma Pauperis" [Doc. 1] as **MOOT**. An appropriate judgment shall follow.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge